UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
MICHAEL GODFREY,

                Plaintiff,

    -against-

JOEL SOTO, et al.,

               Defendants.
----------------------------------------------------------x

**ORDER**
06-CV-428 (NG)(JO)

**GERSHON, United States District Judge:**

No objections having been filed, the unopposed Report and Recommendation of Magistrate Judge Orenstein is hereby adopted in its entirety. The Clerk of Court is directed to enter judgment for plaintiff Godfrey, awarding the following damages: (1) $1,000 for transportation expenses; (2) $580.00 for unpaid medical bills; and (3) $75,000 for pain and suffering (representing $50,000 for past pain and suffering and $25,000 for future pain and suffering). Godfrey's application for compensation for lost earnings, costs, and attorney's fees is denied. The full amount of this judgment shall be entered against defendant Joel Soto, without reduction to account for the amount of settlement negotiated by and between Godfrey and defendant Bistro Bar.

SO ORDERED
s/NG

NINA GERSHON
United States District Judge

Dated: September 6, 2007
       Brooklyn, New York

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 10 2007 ★
P.M. _____
TIME A.M. _____